# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-07865 MMM (MLGx) | Date | November 6, 2009 |
| Title | *Fedor Emelianenko et al. v. Affliction Clothing et al.* | | |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order Advancing Briefing Schedule**

On November, 2009, defendant Affliction Entertainment Group, LLC filed a motion to dismiss plaintiffs' complaint. The hearing on defendant's motion is currently set for **January 25, 2010.** The court hereby advances the briefing schedule on defendant's motion. Any opposition by plaintiff must be filed no later than **December 4, 2009.** Any reply by defendants must be filed no later than **December 21, 2009.** The court requests that the parties deliver a conformed courtesy copy to **chambers** in the **Roybal Building** by 12 noon the day after filing.